## BROWN v. THE STATE.

(Decided October 19, 1916.   73 South. 999.)

CERTIORARI to Court of Appeals.

C. C. NESMITH, for petitioner.   W. L. MARTIN, Attorney General, and H. G. DAVIS, Assistant Attorney General, for the State.

MCCLELLAN, J.—Petitition by Jerome S. Brown for certiorari to Court of Appeals to review and revise the judgment of said court affirming the judgment of the trial court in *Brown v. The State*, 15 Ala. 180, 72 South. 757.   Writ denied.

---

## COOK v. WALSH, ET AL.

(Decided February 1, 1917.   73 South. 999.)

APPEAL from Mobile Chancery Court.

Heard before Hon. THOMAS H. SMITH.

STEVENS, MCCORVEY & MCLEOD, for appellant.   GREGORY L. SMITH & SONS, for appellee.

Per Curiam.—Appeal dismissed by appellant.

---

## EVANS v. THE STATE.

(Decided December 21, 1916.   73 South. 999.)

CERTIORARI to Court of Appeals.

THOMAS & WILEY, for petitioners.   WILLIAM L. MARTIN, Attorney General, and H. G. DAVIS, Assistant Attorney General, for State.

Per Curiam.—Application of Taylor Evans for certiorari to Court of Appeals to review and revise the judgment of said court affirming the judgment of the trial court in the case of *Evans v. The State*, 15 Ala. App. 383, 73 South. 562.   Writ denied.

ANDERSON, C. J., and MCCLELLAN, SOMERVILLE and GARDNER, concur.   MAYFIELD, SAYRE and THOMAS, JJ., dissent.